UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**DOUGLAS MACKENZIE,**

    Petitioner,

v.

CALIFORNIA ATTORNEY GENERAL, U.S. ATTORNEY GENERAL, ORANGE COUNTY DISTRICT ATTORNEY, and SHERIFF OF ORANGE COUNTY,

    Respondents.

No. SA CV 12-00432 VBF(JC)

**FINAL JUDGMENT**

    Consistent with this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the Habeas Corpus Petition, Directing Entry of Separate Final Judgment, and Terminating the Case, **final judgment is hereby entered in favor of all respondents and against petitioner Douglas MacKenzie.**

Dated: Wednesday, September 21, 2016

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge